IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) M.J. No 04-850-MBB |
| | ) |
| JOHN CHU | ) |
| ZHU ZHAOXIN | ) |

## GOVERNMENT'S MOTION TO SEAL

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Gregory Moffatt and Michael D. Ricciuti, Assistant U.S. Attorneys, and hereby moves to seal the criminal complaint, supporting affidavit and any other records in this case until further order of this Court. As grounds, the government states that disclosure of this investigation and of the information contained in these documents would be contrary to the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
GREGORY MOFFATT
MICHAEL D. RICCIUTI
Assistant U.S. Attorneys

*[Handwritten notations in margin: "May 6, 2004. Allowed. Marianne B. Bowler, USMJ"]*