UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 04-CR-10156 WGY |
| ) | |
| JOHN CHU (1), ) | |
| ZHU ZHAOXIN (2) and ) | |
| SUNNY BAI (3) ) | |

## DEFENDANT ZHU ZHAOXIN'S *EX PARTE* MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

NOW COMES the Defendant, Zhu Zhaoxin, through counsel, and respectfully moves this Honorable Court for leave to file Defendant Zhu Zhaoxin's *Ex Parte* Motion For Appointment of Co-Counsel.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
Partridge, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

Attorney for Defendant
Zhu Zhaoxin