Virginia Lee, Quick Bio, July 20, 2004 for Peter Horstmann

| | |
|---|---|
| **Personal** | 162 Plainfield Rd., Concord, MA 01742, (h) 978 369-7001 |
| **Present Employment** | Law Office of Virginia Lee<br>27 Main Street, Suite 8, Concord, MA 01742<br>(w) (978) 369-8477, fax (978) 371-0228<br>BBO # 291900 |
| **Prior Employment** | Genessee County Legal Aid Society (Legal Services of Eastern Michigan), Flint, Michigan. Represented Children before the juvenile court.<br><br>Center for Law and Education, Cambridge, MA, staff attorney.<br><br>Adamo, Lee and Salgo, and then Salgo and Lee, Boston, MA. Private practice, civil and criminal. Accepted criminal appointments from federal court.<br><br>Chief, Civil Rights and Civil Liberties Division, Office of the Attorney General, Commonwealth of Massachusetts, Boston, MA.<br><br>Flynn, Sheridan and Tabb, Boston, MA, civil and criminal. Accepted criminal appointments from federal court until firm asked me to stop taking appointments.<br><br>Law Office of Virginia Lee, Concord and Boston. Private practice. |
| **Education** | UCLA, political science major, gymnastics team, 1968 - 1971<br>Hampshire College, Hampshire College Fellow, Chinese Studies, B.A., 1972<br>Northeastern University School of Law, J.D., 1975 |
| **Selected Board Memberships** | Civil Liberties Union of Massachusetts, prior member<br>Boston Bar Association Council, prior elected member<br>Lexicare Children's Center, Lexington, MA, bilingual, English and Chinese, day care center, present member<br>Emerson Umbrella, Concord, MA, arts center, present board member |
| **Selected Memberships** | Rotary Club, Concord, MA<br>Asian American Lawyer's Association of Massachusetts<br>Concord-Carlisle Chinese Club<br>Greater Boston Chinese Cultural Association, former member |
| **Languages** | English and limited Mandarin Chinese. I always use a Mandarin translator for Mandarin-only-speaking clients, as my Chinese is not advanced enough to conduct such client communications. Organized numerous Chinese language classes through Chinese language schools and community education programs. Taught English to Chinese students in Kunming, China. |