# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-4445
Fax: (213) 894-4422

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(909) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

5/18/04

Re:   Transfer to U.S. Magistrate Judge
      Case No. 04 m - 1043
      Case Title: John Chu

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☑ Certified copy of entire case file.
- ☐ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
- ☑ Certified copy of final commitment
- ☐ Original Passport
- ☐ Original Declaration re: Passport

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By _____
Deputy Clerk

cc: U.S. Attorney (Central District of California)
    U.S. Attorney (Receiving district)

================================================================================
Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Clerk, U.S. District Court

_____        By _____
Date                        Deputy Clerk

CR-48 (01/01)              LETTER RE: RULE 40 - TRANSFER OUT

```
                                                              TERMED
                        U.S. District Court
            Central District of California (Western Div.)

              CRIMINAL DOCKET FOR CASE #: 04-M -1043-ALL
                                                        Filed: 05/07/04
USA v. Chu
Dkt# in other court: None

Case Assigned to:   Unassigned

JOHN CHU (1) , -                  Greg A Wesley
    defendant                       [term  05/13/04]
[term   05/13/04]                  [COR LD NTC pda]
                                  Federal Public Defenders Office
                                  321 E 2nd St
                                  Los Angeles, CA 90012-4206
                                  213-894-2854



Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints                         Disposition

Dft in viol of 18:371             Dft held to answer to the
                                  D/MASS at Boston
                                  (-1)



U. S. Attorneys:

    NONE







Docket as of May 18, 2004 1:36 pm                    Page 1
```

```
Proceedings include all events.                              TERMED
2:04m 1043-ALL USA v. Chu
```

| Date | # | Entry |
|---|---|---|
| 5/7/04 | 2 | REPORT COMMENCING CRIMINAL ACTION as to John Chu arrested on 5/6/04 Defendant's date of birth: 7/26/59. (es) [Entry date 05/10/04] |
| 5/7/04 | 3 | DEFENDANT John Chu arrested on warrant issued from USDC, District of Massachusetts at Brookline. (es) [Entry date 05/10/04] |
| 5/7/04 | 1 | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to John Chu , originating in the USDC, District of Massachusetts, at Brookline. Defendant charged in violation of: 18:371. Signed by agent Symlowy, Special Agent DMS-ICE. (es) [Entry date 05/10/04] |
| 5/7/04 | 4 | MINUTES OF ARREST ON O/D WARRANT held before Magistrate Judge Jennifer T. Lum as to John Chu : Defendant arraigned and states true name is as charged. DFPD attorney Greg A Wesley appointed for today only. Defendant committed to the custody of the U. S. Marshal. Case continued to 5/21/04 @ 4:30pm for a detention/arrival of process hearing set for 10:00am, 5/12/04 for John Chu. Tape No.: 04-104 (es) [Entry date 05/10/04] |
| 5/7/04 | -- | MANDARIN INTERPRETER required for John Chu . (es) [Entry date 05/10/04] |
| 5/12/04 | 7 | NOTICE OF REQUEST FOR DETENTION filed by USA as to John Chu (vc) [Entry date 05/17/04] |
| 5/12/04 | 8 | FINANCIAL AFFIDAVIT filed as to John Chu (vc) [Entry date 05/17/04] |
| 5/12/04 | 9 | MINUTES OF BOND HEARING held before Magistrate Judge Jennifer T. Lum as to John Chu : bail set in the amount of temporary detained. Detention hearing is continued to 5/13/04 at 3:00 p.m. Arrival of process hearing is continued to 5/18/04 at 10:00 a.m. from 5/17/04  Other: Greg Esley appointed. Tape No.: 04-107 (vc) [Entry date 05/17/04] [Edit date 05/17/04] |
| 5/13/04 | 5 | ORDER OF DETENTION by Magistrate Judge Jennifer T. Lum as to John Chu  (cc: all counsel) (vc) [Entry date 05/17/04] |
| 5/13/04 | 6 | WAIVER OF RULE 40 HEARINGS filed by John Chu , waiving identity hearing. (vc) [Entry date 05/17/04] |
| 5/13/04 | 10 | MINUTES OF BOND HEARING held before Magistrate Judge Jennifer T. Lum as to John Chu : bail set in the amount of perm detained. Other:  Dft signs wv of ID hrg and arrival of process. ID hearing is taken off cal for 5/18/04. Dft is ordered to answer to the D/Mass at Boston. Record to reflect that dft does not have China passport. Tape No.: 04-107 (vc) [Entry date 05/17/04] |

Proceedings include all events.                                              TERMED
2:04m 1043-ALL USA v. Chu

5/13/04    --          MANDARIN INTERPRETER required for John Chu . (vc)
                       [Entry date 05/17/04]

5/13/04    11          FINAL COMMITMENT AND WARRANT OF REMOVAL  by Magistrate
                       Judge Jennifer T. Lum as to John Chu, to USDC, District of
                       MASS at Boston. (vc) [Entry date 05/17/04]

Docket as of May 18, 2004 1:36 pm                         Page 3