# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>**04-10156-WGY**</u>

**UNITED STATES**
**Plaintiff**

**v.**

**JOHN CHU**
**ZHU ZHAOXIN**
**Defendant**

## SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on  9/14/04

Any substantive motions are to be filed by    2/28/05    .  See LR 116.3(E) and (H).

Response to any motion is to be filed on or before   3/14/05    See LR 116.3(l).

A Final Pretrial Conference will be held on   4/4/05 @ 2:00 pm

A joint memorandum in accordance with LR 116.5(C) is to be filed by 4/4/05

A tentative trial date has been set for   5/2/05

The time between   9/14/04      and 5/2/05     is excluded in the interest
of justice.

By the Court,

/s/ Elizabeth Smith

_____
**Deputy Clerk**

**SEPT 14,2004**
**To: All Counsel**