UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN CHU (1), )<br>ZHU ZHAOXIN (2) and )<br>SUNNY BAI (3) )<br>) | No. 04-CR-10156 WGY |

## MOTION FOR LEAVE TO WITHDRAW

NOW COMES Attorney Peter Charles Horstmann, and hereby moves this Honorable Court to permit him to withdraw as counsel for the Defendant in the above-referenced matter. In support thereof Counsel states that he was appointed by the Court to represent the Defendant in the instant matter. Defendant has retained private counsel, Robert Sheketoff, who has filed an appearance on the Defendant's behalf.

WHEREFORE, His Honorable Court is respectfully requested to allow the undersigned Counsel to withdraw as counsel for the Defendant.

Respectfully submitted,

_____
Peter Charles Horstmann, Esquire
BBO #556377
Partridge, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

Attorney for Defendant
Zhu Zhaoxin

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 29th day of September, 2004, a copy of the foregoing MOTION FOR LEAVE TO WITHDRAW was served, electronically upon Gregory T. Moffatt, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

_____
Peter Charles Horstmann, Esquire