AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

filed in open court 9/29/04

DISTRICT OF  Massachusetts

## APPEARANCE

Case Number: 04-10156-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  defendant Zhaoxin Zhu

I certify that I am admitted to practice in this court.

9/29/04
Date

_____
Signature

Robert Sheketoff                    457340
Print Name                          Bar Number

One McKinley Sq.
Address

Boston,              MA              02109
City                 State           Zip Code

617-367-3449        617-723-1710
Phone Number                        Fax Number