UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   Crim. No. 04-10156-WGY |
| JOHN CHU and | ) |
| ZHU ZHAOXIN, | ) |
|     Defendants. | ) |

## JOINT MOTION TO CONTINUE DETENTION HEARING

Counsel for Defendant Zhu Zhaoxin and The United States Attorney hereby jointly move the Court to continue Defendant Zhu's detention hearing from November 5, 2004 until November 17, 2004 at 2:15 p.m. As grounds therefor, the parties state as follows:

1. On Thursday, November 4, 2004, counsel for Defendant Zhu learned that he would be required to begin a trial in Suffolk Superior Court on Friday, November 5, 2004. The trial day in that case is scheduled to run from 9:00 a.m. until 4:00 p.m.

2. Counsel for the government contacted the Court's clerk and discussed potential alternate days. It appears that the Court has time at 2:15 p.m. on November 17.

3. By Order dated September 21, 2004, Chief Judge Young has previously excluded time under the Speedy Trial Act until May 2, 2005.

4.  Accordingly, the parties request that the detention hearing be to continued until November 17, 2004 at 2:15 p.m.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ZHU ZHAOXIN, | MICHAEL J. SULLIVAN |
| By his attorney, | United States Attorney |
| /s/ Robert Sheketoff | By: /s/ Gregory Moffatt |
| One McKinley Square | MICHAEL D. RICCIUTI |
| Boston, MA 02109 | GREGORY MOFFATT |
| (617)367-3449 | Assistant U.S. Attorneys |
| | (617)748-3370 |

Date: November 4, 2004