UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | Crim. No. 04-10156-WGY |
| **JOHN CHU and** ) | |
| **ZHU ZHAOXIN,** ) | |
|     **Defendants.** ) | |

**JOINT MOTION TO CONTINUE DETENTION HEARING**

Counsel for Defendant Zhu Zhaoxin and The United States Attorney hereby jointly move the Court to continue Defendant Zhu's detention hearing from November 17, 2004 until November 22, 2004 at 2:15 p.m.  As grounds therefor, the parties state as follows:

1. The parties are engaged in negotiations in an attempt to resolve the matter short of trial.

2. Counsel for the government contacted the Court's clerk and discussed potential alternate days to November 17, 2004, the date previously scheduled for the detention hearing.  It appears that the Court has time at 2:15 p.m. on November 22.

3. By Order dated September 21, 2004, Chief Judge Young has previously excluded time under the Speedy Trial Act until May 2, 2005.

4. Accordingly, the parties request that the detention hearing be to continued until November 22, 2004 at 2:15 p.m.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ZHU ZHAOXIN,<br>By his attorney,<br>/s/ Robert Sheketoff<br>One McKinley Square<br>Boston, MA 02109<br>(617)367-3449 | MICHAEL J. SULLIVAN<br>United States Attorney<br>By: /s/ Gregory Moffatt<br>MICHAEL D. RICCIUTI<br>GREGORY MOFFATT<br>Assistant U.S. Attorneys<br>(617)748-3370 |

Date: November 16, 2004