AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

United States of America

v

Zhu, ZhaoXin

**APPEARANCE**

Case Number: 04 CR 10156 WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Zhu, Zhao Xin

I certify that I am admitted to practice in this court.

| | |
|---|---|
| __11/15/04__ | __Virginia Lee__ |
| Date | Signature |
| | __VIRGINIA LEE   291900__ |
| | Print Name / Bar Number |
| | __27 Main St, Ste. 8__ |
| | Address |
| | __Concord      MA      01742__ |
| | City / State / Zip Code |
| | __978 369-8477__ |
| | Phone Number / Fax Number |