UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN CHU and )<br>ZHU ZHAOXIN, )<br>  Defendants. ) | Crim. No. 04-10156-WGY |

MOTION TO SEAL

The United States hereby requests this Court to seal the attached Amended Motion, any Order of the Court regarding the Amended Motion, and any other papers in conjunction with this matter until further Order of the Court. As grounds therefor, the government states that release of these matters may jeopardize the ongoing criminal investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
GREGORY MOFFATT
Assistant U.S. Attorney
617-748-3370

DATE: January 7, 2005