# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10156-WGY

UNITED STATES OF AMERICA

v.

ZHU ZHAOXIN

### *FINAL STATUS REPORT*

March 17, 2005

**BOWLER, U.S.M.J.**

      The following status of the above-entitled case is hereby reported to the Chief Judge to whom this case is assigned, to wit:

      1. The Indictment in the above-entitled case, which charges the defendant with conspiracy to defraud the United States, was returned on May 18, 2004;

      2. The defendant was arraigned on the Indictment on July 21, 2004;

      3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately seven to ten witnesses and that the trial would last approximately ten days;

5. Counsel for the defendant has indicated that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through March 17, 2005;

7. This case is hereby returned to the Chief Judge to whom this case is assigned.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge