UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to:   WARDEN ESSEX COUNTY CORRECTIONAL FACILITY, MIDDLETON, MA

YOU ARE COMMANDED to have the body of   ZHU ZHAOXIN   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse  1 Courthouse Way, Boston, MA, Courtroom No.  18 , on the  5 floor, Boston, Massachusetts on    JULY 27, 2005,  at 9:00   AM.

for the purpose of  TESTIFYING

in the case of     UNITED STATES OF AMERICA V.   JOHN CHU

CR Number   04-10156-WGY

   And you are to retain the body of said  ZHU ZHAOXIN  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  ZHU ZHAOXIN  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 21 day JULY of, 2005   .


/s/ William G. Young
_____
UNITED STATES DISTRICT JUDGE

                                                             SARAH A. THORNTON, CLERK

                                                                    /s/ Elizabeth Smith
                                                             By:_____
                             SEAL                                Deputy Clerk


(Habcorp.wrt - 10/96)                                                            [kwhcap.] or
                                                                                 [kwhcat.]